IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEFFREY W. HAYES, SR.,

       Plaintiff,                                                       Case No.: 3:13-cv-247

vs.

COMMISSIONER OF                                    District Judge Thomas M. Rose
SOCIAL SECURITY,                                   Magistrate Judge Michael J. Newman

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 2, 2015 (Doc. #23) is **ADOPTED** in full;

2. Plaintiff's unopposed motion for an EAJA fee award (Doc. #22) is **GRANTED**;

3. Plaintiff is **AWARDED** $6,000 in EAJA fees and $400 in costs; and

4. The case remains **TERMINATED** on the docket of this Court.

Date: 3/2/2015                                                                               *s/Thomas M. Rose
_____                                  _____
                                                                                     Thomas M. Rose
                                                                             United States District Judge