UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JEFFREY HAYES, | : | Case No. 3:13-cv-247 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Michael J. Newman |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION (DOC. 32)**

The Court reviewed the Amended Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Amended Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Amended Report and Recommendation (Doc. 32) filed on February 2, 2017 is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees under the Social Security Act (Doc. 25) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $18,401.00 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 21, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE